Brian E. Mitchell (SBN 190,095)
brian.mitchell@mcolawoffices.com
Marcel F. De Armas (SBN 289,282)
mdearmas@mcolawoffices.com
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:  415-766-3515
Facsimile:  415-402-0058

Attorneys for Plaintiff and Counterdefendant,
INCASE DESIGNS, CORP

Steven J. Nataupsky (SBN 155,913)
steven.nataupsky@knobbe.com
Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
Kenneth R. Nielsen (SBN 248,759)
kenneth.nielsen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Defendant,
MOPHIE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| INCASE DESIGNS, CORP, | ) Case No. 3:13-cv-04314-RS |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) **STIPULATED DISMISSAL WITH** |
| | ) **PREJUDICE** |
| MOPHIE, INC. | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Incase Designs, Corp and Defendant mophie, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in the above-captioned action. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

MITCHELL + COMPANY

Dated: February 12, 2014    By: */s/ Brian E. Mitchell*
  Brian E. Mitchell
  Marcel F. De Armas

  Attorneys for Plaintiff and Counterdefendant,
  INCASE DESIGNS, CORP

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 12, 2014    By: *Sheila N. Swaroop*
  Steven J. Nataupsky
  Sheila N. Swaroop
  Kenneth R. Nielsen

  Attorneys for Defendant and Counterclaimant,
  MOPHIE, INC.

## [PROPOSED] ORDER

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: 2/12/14

  HON. RICHARD SEEBORG
  UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, Marcel De Armas, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Sheila N. Swaroop has concurred in this filing.

Dated: February 12, 2014        By: */s/ Marcel De Armas*
                                     Marcel De Armas